**FILED**

October 16, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
                    Tyler Martin
                                        DEPUTY

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PHIL LAYER, | § | |
| | § | |
| Plaintiff | § | |
| v. | § | |
| | § | Case No. 5:22-cv-01207-OLG |
| ARTESIAN CUSTOM POOLS, INC. | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER OF DISMISSAL

The parties have filed a Joint Motion to Dismiss with Prejudice. The Court grants this Motion. This case is dismissed with prejudice. The parties shall bear their own attorney fees and costs.

SIGNED this 16th day of October, 2023.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE

1